UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NICHOLAS JOSEPH KLOEPFEL,<br><br>                Plaintiff,<br><br>    v.<br><br>HAMMER,<br><br>                Defendant. | Case No. C24-5456-RAJ-MLP<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The Clerk is directed to send copies of this Order to the parties and to the Honorable Richard A. Jones.

Dated this 14th day of January, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1